UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DON CASEY, | : | |
| Plaintiff | : | No. 3:12-CV-02272 |
| vs. | : | (Judge Nealon) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant | : | |

## ORDER

**NOW**, this 27th day of August, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal of the Commissioner's decision is **DENIED**;

2. The decision of the Commissioner of Social Security denying Don Casey disability insurance benefits is **AFFIRMED**; and

3. The Clerk of Court shall **CLOSE** this case.

*[signature]*
_____
**United States District Judge**